**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CREDIMAC PBC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-12354-KJC |

**NOTICE OF RESCHEDULED MEETING OF**
**CREDITORS PURSUANT TO 11 U.S.C. § 341**

PLEASE TAKE NOTICE that the 341 meeting of creditors scheduled in the above-captioned action for November 8, 2018 at 11:00 a.m. (EST) has been rescheduled to **November 27, 2018 at 11:00 a.m. (EST)**.

PLEASE TAKE FURTHER NOTICE that the meeting will be held at the J. Caleb Boggs Federal Building, 844 King Street, Room 3209, Wilmington, Delaware 19801.

Dated:  October 19, 2018         DORSEY & WHITNEY (DELAWARE) LLP

/s/   Alessandra Glorioso
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
              glorioso.alessandra@dorsey.com

*Attorneys for CrediMAC PBC*