THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:   CrediMAC PBC : Case No. 18-12354/KJC
 : CHAPTER 7
 :
Debtor. :

NOTICE OF CHANGE FROM NO-ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE

**TO T. PATRICK TINKER, ASSISTANT UNITED STATES TRUSTEE,** Alfred T. Giuliano, Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix the bar date to file claims against the estate.

October 31, 2018             /s/ Alfred T. Giuliano, Trustee
Dated                        Alfred T. Giuliano, Trustee
                             Berlin Business Park
                             140 Bradford Drive
                             West Berlin, NJ 08091
                             (856) 767-3000
                             (856) 596-8688 (Fax)