# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CREDIMAC PBC,<br>      Debtor. | Chapter 7<br><br>Case No. 18-12354 (LSS) |

## STATUS REPORT

## BACKGROUND

1. On October 16, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Alfred T. Giuliano has been appointed as the chapter 7 trustee (the "Trustee").

3. The section 341 meeting of creditors was held and concluded on December 7, 2018.

4. Prior to the Petition Date, the Debtor was a company engaged in the business of offering debt relief and settlement services to consumers.

5. The Trustee has been advised that prior to Petition Date, the Debtor ceased most of its operations.

## PROGRESS OF CHAPTER 7 CASE

6. Since his appointment, the Trustee has been working to monetize and liquidate the Debtor's remaining assets and to minimize administrative expenses.

7.    In that regard, the Trustee recovered the balance of cash at the Debtor's bank account with M&T Bank.  The Trustee rejected the Debtor's non-residential real property office lease and abandoned any personal property with inconsequential value to the Debtor's estate.

## **OPEN ITEMS AND REMAINING TASKS**

8.    The Trustee is presently investigating whether the Debtor has any other assets, including causes of action.

Dated:  July 31, 2019

By: /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
Telephone:  302-777-4350
Facsimile:  302-777-4352

Attorneys for the Chapter 7 Trustee

216851178v1