# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CREDIMAC PBC,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 18-12354 (KJC) |

**SUPPLEMENTAL DECLARATION OF DAVID W. CARICKHOFF IN SUPPORT OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO OCTOBER 16, 2018**

I, David W. Carickhoff, do hereby declare as follows:

1. I am a shareholder in the law firm of Archer & Greiner, PC ("A&G" or the "Firm"), which maintains an office for the practice of law at, among other places, 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

2. I submit this declaration (the "Supplemental Declaration") to supplement the affidavit(s) previously submitted on behalf of A&G in support of the engagement of A&G as counsel to Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee"), in the above-captioned case (the "Chapter 7 Case") and to provide disclosures regarding changes in A&G's hourly rates.

3. As described in the *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to October 16, 2018* [Docket No. 20] (the "Retention Application"), A&G's hourly billing rates are subject to periodic review and adjustments to reflect, among other things, changes in responsibilities and increased experience. A&G last increased its hourly rates in October of 2018, and has determined that it needs to increase its hourly rates in order to adjust for certain changes in economic conditions and increased operating costs. The Retention Application was

approved by the Court's Order entered on November 26, 2018 [Docket No. 29] (the "Retention Order"). Pursuant to the Retention Application and Retention Order, A&G is to provide reasonable notice to the Chapter 7 Trustee and the U.S. Trustee in connection with any increase of A&G's hourly billing rates and file a notice of any such increase with the Court.

4. Effective as of October 1, 2019, A&G has increased the hourly rates of all A&G's professionals working in its offices with respect to all matters. The hourly rates of professionals, including those involved with representation of the Chapter 7 Trustee, have been increased as follows:

| Professional Type and Level | Old Hourly Rate | New Hourly Rate |
|---|---|---|
| Stephen M. Packman – Shareholder | $635.00 | $665.00 |
| David W. Carickhoff – Shareholder | $575.00 | $605.00 |
| Jerrold S. Kulback - Partner | $490.00 | $515.00 |
| Douglas G. Leney – Partner | $395.00 | $415.00 |
| Alan M. Root – Partner | $450.00 | $475.00 |
| Kevin F. Shaw – Associate | $350.00 | $370.00 |
| Christian E. Hansen - Paralegal | $205.00 | $215.00 |

5. The new hourly rates for professionals to be charged by A&G are reasonable based upon the customary compensation charged by A&G and comparably skilled professionals at other firms in cases and matters other than in cases under the Bankruptcy Code. A&G has carefully considered this rate increase, as well as the rate increases of other law firms providing similar services.

6.  A&G has notified the Chapter 7 Trustee of the hourly rate increases disclosed in this Supplemental Declaration.

7.  The foregoing constitutes the Supplemental Declaration of A&G pursuant to the Retention Order.

Dated: October 28, 2019

By: /s/ David W. Carickhoff
David W. Carickhoff (#3715)
ARCHER & GREINER
A Professional Corporation
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

217437652v1